UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAIM SARWAR, | : | CIVIL ACTION NO. |
| | : | 3:21-cv-01113-KAD |
| *Plaintiff,* | : | |
| | : | |
| VS. | : | |
| | : | |
| DEER FRIENDS LLC, A Connecticut | : | |
| Limited Liability Company D/B/A | : | |
| THE WHITE HEART, | : | |
| | : | |
| *Defendant.* | : | OCTOBER 20, 2021 |

### PLAINTIFF'S NOTICE OF SETTLEMENT

The Plaintiff hereby gives this Honorable Court notice that this matter has been resolved by the parties and that the undersigned counsel anticipates filing a Voluntary Dismissal With Prejudice within the next 60 days.

Respectfully submitted this 20th day of OCTOBER, 2021.

SAIM SARWAR, Plaintiff,
By his attorney

/s/ L. Kay Wilson
L. Kay Wilson (ct 16084)
Wilson Law, LLC
2842 Main Street, #332
Glastonbury, CT  06033
Tel: (860) 559-3733
E-mail: Wilson@kaywilsonlaw.com

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on this date a copy of the foregoing *NOTICE OF SETTLEMENT* was filed electronically and served by electronic service to those receiving notices through the Court's CM/ECF system. In addition, a copy was emailed to the owners of the Defendant at the following email address:

Conley Rollins
conley@whitehartinn.com

/s/  L. Kay Wilson, Esq.